**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 34 EAL 2017

             Respondent            :

                                   :   Petition for Allowance of Appeal from

                     v.                   :   the Order of the Superior Court

JEREMY IRIS-WILLIAMS,              :

             Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.